

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-10-00422-CV

FOUNTAIN OAKS TOWN CENTER,            APPELLANTS
LLC AND JEFFREY A. RATTIKIN

V.

DR. MARTIN MCGONAGLE AND            APPELLEES
WIFE MARY E. MCGONAGLE

------------

### FROM THE 355TH DISTRICT COURT OF HOOD COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered "Appellants' Unopposed Motion To Dismiss Appeal."

It is the court's opinion that the motion should be granted; therefore, we dismiss

the appeals of appellants Fountain Oaks Town Center, LLC and Jeffrey A.

Rattikin. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

---

[1]*See* Tex. R. App. P. 47.4.

Costs of the appeals shall be paid by appellants, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL:  GABRIEL, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

DELIVERED:  February 17, 2011